COURTNEY ROCHELLE MCGILBERICOMENITY BANK/BUCKLE
P.O. BOX 442
ELLISVILLE, MS 39437

COMENITY BANK/BUCKLE
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

INDIGO
P.O. BOX 205458
DALLAS, TX 75320

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMENITYCAPITAL/MYACAD
PO BOX 182120
COLUMBUS, OH 43218

JEFFERSON CAPITAL SYS
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

3L PROPERTIES
7 FLINSTONE RD
ELLISVILLE, MS 39437

CRANE FINANCIAL
P.O. BOX 477
KESHENA, WI 54135

LVNV FUNDING LLC
RESURGENT CAPITAL
PO BOX 1269
GREENVILLE, SC 29602

ACTION FINANCIAL SVC
803 N 16TH AVE STE A
LAUREL, MS 39440

EDFINANCIAL
P.O. BOX 30159
KNOXVILLE, TN 37930

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

AVANT/WEBBANK
222 N LASALLE ST
SUITE 1600
CHICAGO, IL 60601

EZ MONEY
2814 MS 15
LAUREL, MS 39440

NET CREDIT
P.O. BOX 206766
DALLAS, TX 75320

BANK OF MISSOURI
216 W 2ND ST
DIXON, MO 65459

FAMILY CHOICE FINANCIA
3208 SERVICE DR
STE E
PEARL, MS 39208

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

BLUE FROG LOANS
P.O. BOX 725
FENTON, MO 63026

FINGERHUT
ATTN: BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

PANTHER CREDIT
134 S MAIN ST.
PETAL, MS 39465

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

PLAIN GREEN LOANS
PO BOX 42560
PHILADELPHIA, PA 19101

CAPITALONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

POSSIBLE FINANCE
ATTN: BANKRUPTCY
PO BOX 98686
LAS VEGAS, NV 89193

REGIONAL ACCEPTANCE
ATTN: BANKRUPTCY
1424 E. FIRETOWER ROAD
GREENVILLE, NC 27858

SPIRE RECOVERY SOLUTIO
57 CANAL STREET SUITE
LOCKPORT, NY 14094

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

SUNBIT FINANCIAL
ATTN: BANKRUPTCY
PO BOX 24010
LOS ANGELES, CA 90024

TIDEWATER FINANCE
6520 INDIAN RIVER RD
VIRGINIA BEAC, VA 23464

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485