# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1GKCS13W012189384 | GMC | 2001 | JIMMY | UV | MS0910746368 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/06/2024 | | 6 | USED | PC | EXEMPT |

BRANDS

OWNER(S)

MCGILBERRY, COURTNEY
808 GRAHAM ST
ELLISVILLE MS 39437-2934

BENEFICIARY

MORGAN, SHON JR

☐ Fully Autonomous Vehicle

1ST LIENHOLDER

ACTION FINANCIAL SERVICES INC
803 N 16TH AVE STE A
LAUREL MS 39440-3377

DATE: 10/22/2024

2ND LIENHOLDER

DATE:

MAIL TO:

M6-1

ACTION FINANCIAL SERVICES INC
803 N 16TH AVE STE A
LAUREL MS 39440-3377

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN ______________________ (LIENHOLDER) BY. ______________________ (SIGNATURE AND TITLE)

THIS ________ DAY OF ______________ 20____

2ND LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS ________ DAY OF ______________ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 6TH DAY OF DECEMBER 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

EXHIBIT

"A"

VOID IF ALTERED