CASE ADMINISTRATOR: FONDA BONEY

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: September 17, 2026

IN RE:

CHAPTER 13 PROCEEDING:

COURTNEY ROCHELLE McGILBERRY
PO BOX 442
ELLISVILLE, MS 39437

26-51311 KMS

APPEARANCES:

(X) DEBTOR 1
( ) Required Picture ID Produced
( ) Required SSN Verification

( ) DEBTOR 2
( ) Required Picture ID Produced
( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR: THOMAS C. ROLLINS, JR JC

(✓) CREDITOR(S): Phil Johnson - Panther and Oak Grove

( ) THE MEETING OF CREDITORS WAS HELD

(✓) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON: Debtor Dr Appt - No Show

(✓) THE MEETING OF CREDITORS IS ADJOURNED TO 10 / 21 / 2026 AT 1 : 30 A.M. / P.M. (P.M. circled)

| | | |
|---|---|---|
| PRIOR FILINGS | ____ Y | ____ N |
| LAWSUITS PENDING | ____ Y | ____ N |
| CHILD SUPPORT | ____ Y | ____ N |
| CURRENT WITH PAYMENTS | ____ Y | ____ N |
| CERT. OF CREDIT COUSELING | ____ Y | ____ N |

TAX REFUND REC'D Y / N AMOUNT $ ________ DATE REC'D ____/____/____

ADDITIONAL NOTES: ________

TRAK # 6

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE
PRESIDING OFFICER