**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: COURTNEY ROCHELLE McGILBERRY
DEBTOR(S)

CASE NO. 26-51311-KMS
CHAPTER 13

**ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING**

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to October 21, 2026, at 1:30 PM. **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   **Go to zoom .us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361**
   **For additional meeting information go to: www.justice.gov/ust/moc**

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until November 4, 2026.

3. The Confirmation Hearing is continued and reset for November 17, 2026, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

***##END OF ORDER##***

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfnotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
COURTNEY ROCHELLE MCGILBERRY

CASE NO: 26-51311-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/21/2026, I did cause a copy of the following documents, described below,

Order Rescheduling 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COURTNEY ROCHELLE MCGILBERRY

CASE NO: 26-51311-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/21/2026, a copy of the following documents, described below,

Order Rescheduling 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/21/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-51311-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON SEP 21 8-30-42 PST 2026

~~EXCLUDE~~

~~(U)ACTION FINANCIAL SERVICES INC~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

3L PROPERTIES
7 FLINSTONE RD
ELLISVILLE MS 39437-8705

ACTION FINANCIAL SERVICES INC
803 N 16TH AVE
LAUREL MS 39440-3377

ACTION FINANCIAL SVC
803 N 16TH AVE STE A
LAUREL MS 39440-3377

AVANTWEBBANK
222 N LASALLE ST
SUITE 1600
CHICAGO IL 60601-1112

BANK OF MISSOURI
216 W 2ND ST
DIXON MO 65459-8048

BLUE FROG LOANS
PO BOX 725
FENTON MO 63026-0725

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITALONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMENITY BANKBUCKLE
ATTN BANKRUPTCY
POBOX 182273
COLUMBUS OH 43218-2273

COMENITYCAPITALMYACAD
PO BOX 182120
COLUMBUS OH 43218-2120

CRANE FINANCIAL
PO BOX 477
KESHENA WI 54135-0477

EZ MONEY
2814 MS 15
LAUREL MS 39440

EDFINANCIAL
PO BOX 30159
KNOXVILLE TN 37930-0159

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FINGERHUT
ATTN BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303-0820

FIRST HERITAGE
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE SC 29602-1947

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

INDIGO
PO BOX 205458
DALLAS TX 75320-5458

JEFFERSON CAPITAL SYS
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN S SIMPSON ESQ
SIMPSON LAW FIRM PA
FOR ACTION FINANCIAL SERVICES INC
PO BOX 2058
MADISON MS 39130-2058

LVNV FUNDING LLC
RESURGENT CAPITAL
PO BOX 1269
GREENVILLE SC 29602-1269

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MOHELA ON BEHALF OF KHEAA
KHEAA
PO BOX 798
FRANKFORT KY 40602-0798

MOHELAEDUCATIONAL CREDIT MANAGEMENT CORPORA
ECMC
PO BOX 16408
ST PAUL MN 55116-0408

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NET CREDIT
PO BOX 206766
DALLAS TX 75320-6766

(P)OAK GROVE CREDIT
ATTN OAK GROVE CREDIT
5266 OLD HWY 11 STE 130
HATTIESBURG MS 39402-7820

PANTHER CREDIT
134 S MAIN ST
PETAL MS 39465-2332

PLAIN GREEN LOANS
PO BOX 42560
PHILADELPHIA PA 19101-2560

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

QUANTUM3 GROUP LLC AS AGENT FOR
PLAZA SERVICES LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

REGIONAL ACCEPTANCE
ATTN BANKRUPTCY
1424 E FIRETOWER ROAD
GREENVILLE NC 27858-4105

REGIONAL ACCEPTANCE CORPORATION
PO BOX 1847100500151
WILSON NC 27894-1847

SPIRE RECOVERY SOLUTIO
57 CANAL STREET SUITE
LOCKPORT NY 14094-2845

SPOT LOAN
PO BOX 927
PALATINE IL 60078-0927

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

(P)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

US DEPARTMENT OF EDUCATION
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE CA 95485

WORLD ACCEPTANCE CORP
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

DEBTOR

COURTNEY ROCHELLE MCGILBERRY
PO BOX 442
ELLISVILLE MS 39437-0442

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~