B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re: Courtney Rochelle McGilberry Case No. 26-51311

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

KHEAA

Name and Address where notices to transferee should be sent:

KHEAA
P.O. BOX 798
Frankfort, KY 40602-0798

Phone: 502-696-7308
Last Four Digits of Acct #: 3313

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A

Last Four Digits of Acct #:

Name of Transferor:

MOHELA C/O KHEAA

Court Claim # (if known) 3
Amount of Claim: $5914.17

Date Claim Filed: 8/20/2026

Name and Address where notices to transferor should be sent:

MOHELA
633 SPIRIT DR
CHESTERFIELD, MO 63005

Phone: 888-486-4722
Last Four Digits of Acct. #: 3313

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shelby Bevins-Sullivan
Transferee/Transferee's Agent

Date: 10/23/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.