UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: COURTNEY ROCHELLE McGILBERRY

Chapter 13
Case No:26-51311 KMS

---

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

---

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code in that **1: Debtor's 2025 Tax Return included a business, McGilberry Clothing, that is not listed on SOFA; 2: On the 2025 tax return Debtor depreciated $17,500 for business property, trustee requests documentation on what property was depreciated, and if still in Debtor possession it is not on A/B; 3: Debtor testified at 341 meeting she had sold or otherwise disposed of various business property for McGilberry Clothing that is not disclosed on SOFA; 4: Debtor has not listed her Republic bank account, and if it has since been closed it is not on SOFA.**

2. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income in that **1: Debtor counts her adult son as a household member contributing $250 toward household expenses, if the adult son is counted as a household member his income should be disclosed on Schedule I and 22c and pay advices submitted to Trustee.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
2. The Trustee hereby objects to any amended plan filed hereafter.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 11/3/2026

/s/ Brian Wilson

Brian Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this 3rd of November, 2026.

/s/ Brian Wilson

Brian Wilson