# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51311 **Case Name:** Courtney Rochelle McGilberry

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Action Financial Services, Inc. (Dkt. #18) - AGREED ORDER TO BE SUBMITTED BY SIMPSON; EMAIL RECEIVED FROM SIMPSON'S OFFICE

Objection to Confirmation filed by the Trustee (Dkt. #34) - RESET TO 12/15/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [21] Confirmation Hearing) Simpson to submit an Agreed Order on the Objection filed by Action Financial Services, Inc. [18]. Order due by 12/08/2026. The Trustee's Objection (Dkt. #34) is reset to 12/15/26. (mcc)